IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02348-MSK-BNB

ROBIN EATON,

      Plaintiff,

v.

ST. PAUL FIRE & MARINE INSURANCE COMPANY, and
TRAVELERS INDEMNITY COMPANY, d/b/a ST. PAUL/TRAVELERS,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Stipulated Motion for Dismissal with Prejudice" **(#23)** filed May 14, 2007. Pursuant to the sipulation,

**IT IS ORDERED** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

Dated this 14th day of May, 2007

                      **BY THE COURT:**

                      *Marcia S. Krieger*
                      _____

                      Marcia S. Krieger
                      United States District Judge